## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | October 14, 2016 |
| **TIME:** | 11:30 a.m. |
| **DOCKET NUMBER(S):** | CV-16-2522 (NGG) |
| **NAME OF CASE(S):** | Bethea et al v. City of New York et al |
| **FOR PLAINTIFF(S):** | **Lozar** |
| **FOR DEFENDANT(S):** | **Johnson** |
| **NEXT CONFERENCE(S):** | **SETTLEMENT CONFERENCE AT 2:00 PM ON DECEMBER 7, 2016** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIALCONFERENCE:**

The parties will perfect their respective Rule 26(a) disclosures by October 28 and serve interrogatories and document demands by October 31.

**THE COURT WILL HOLD A SETTLEMENT CONFERENCE AT 2:00 PM ON DECEMBER 7, 2016. Principals with full settlement decision-making authority must be present or available by telephone throughout the conference. Counsel shall be prepared to schedule all anticipated depositions and motion practice if the case cannot be settled at that time.**