## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | December 7, 2016 |
| **TIME:** | 2:00 p.m. |
| **DOCKET NUMBER(S):** | CV 16-2522 (NGG) |
| **NAME OF CASE(S):** | Bethea et al v. City of New York |
| **FOR PLAINTIFF(S):** | **Lozar** |
| **FOR DEFENDANT(S):** | **Johnson** |
| **NEXT CONFERENCE(S):** | **FINAL PRETRIAL CONFERENCE AT 12 NOON ON APRIL 13, 2017** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

The parties are not prepared to discuss settlement at this time, but are encouraged to submit a letter at any time they believe a settlement conference might be productive. Discovery will be completed by March 17, 2017.

**THE COURT WILL HOLD A FINAL PRETRIAL CONFERENCE AT 12 NOON ON APRIL 13, 2017.**

**The parties shall be prepared:**

**(1) to state their respective positions on settlement, with principals WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE,**

**(2) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and**

**(3) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.**