

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>Corporation Counsel | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **PAUL H. JOHNSON**<br>phone: (212) 356-2656<br>fax: (212) 356-3509<br>pajohnso@law.nyc.gov |

May 26, 2017

**VIA ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Bethea, et. al v. City of New York, et al.</u>
       16-CV-2522 (NGG)(SMG)

Your Honor:

  I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to represent defendants in the above-referenced matter. Defendants write to response to plaintiff's motion to compel and motion to adjourn the settlement conference scheduled for May 30, 2017. Defendants state they are working to produce the requested documents and will produce the documents within the next three weeks. The parties have also agreed to depose the remaining plaintiff in advance of the settlement conference. Defendants also state that they consent to the adjournment of the settlement conference scheduled for May 30 and note plaintiff's motion to adjourn the conference remains pending.

  Thank you for your consideration herein.

                    Respectfully submitted,

                    Paul H. Johnson
                    *Assistant Corporation Counsel*
cc: Ryan Lozar, Esq. **(via ECF)**  Special Federal Litigation Division
   *Attorney for Plaintiff*