## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | June 30, 2017 |
| **TIME:** | 2:30 p.m. |
| **DOCKET NUMBER(S):** | **CV 16-2522 (NGG)** |
| **NAME OF CASE(S):** | Bethea et al v. City of New York et al |
| **FOR PLAINTIFF(S):** | **Lozar** |
| **FOR DEFENDANT(S):** | **Johnson** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 2:00 PM ON OOCTOBER 26, 2017** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS SETTLEMENT CONFERENCE:**

**Defendants will provide long-overdue discovery responses by July 5. Party depositions will be concluded by August 30, and non-party depositions will be concluded by September 30.**

**THE COURT WILL HOLD A FURTHER CONFERENCE AT 2:00 PM ON OOCTOBER 26, 2017.**

**The parties shall be prepared:**

**(1) To state their respective positions on settlement, with principals WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.**

**(2) To articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case.**

**(3) To state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment. Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.**