## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | September 15, 2017 |
| **TIME:** | 3:30 p.m. |
| **DOCKET NUMBER(S):** | **CV 16-2522 (NGG)** |
| **NAME OF CASE(S):** | Bethea et al v. City of New York et al |
| **FOR PLAINTIFF(S):** | **Lozar** |
| **FOR DEFENDANT(S):** | **Johnson and Weiss** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**RULINGS STATUS CONFERENCE:**

**Plaintiffs may file an amended complaint, on consent, by September 19, 2017.**

**Defendants shall supplement and clarify their discovery responses as discussed today by October 15.**

**PLAINTIFFS SHALL SUBMIT A LETTER BY OCTOBER 22, 2017, REPORTING ON THE STATUS OF DEFENDANTS' DOCUMENT PRODUCTION AND SETTING FORTH SPECIFIC DATES FOR ALL ANTICIPATED REMAINING DEPOSITIONS.**

**Plaintiff's letter shall also report on whether the parties seek a settlement conference or court-annexed mediation.**