

| ZACHARY W. CARTER<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | PAUL H. JOHNSON<br>phone: (212) 356-2656<br>fax: (212) 356-3509<br>pajohnso@law.nyc.gov |

November 16, 2017

**VIA ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Demitress Bethea, et. al. v. City of New York, et al.</u>
    16-CV-2522 (KAM) (SMG)

Your Honor:

I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent defendants in the above-referenced matter. The Parties jointly write to state they may have reached a settlement in principle, and will be able to finalize whether that is the case very shortly. The Parties thus jointly request that the Court allow the parties until December 1, 2017, to file a letter definitively informing the Court as to whether settlement was reached, and ask that scheduling deadlines be stayed until that date as well. The parties will file the letter sooner than December 1 in the event the parties finalize the settlement in principle details prior to that date.

Thank you for your consideration herein.

Respectfully submitted,

Paul H. Johnson
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: Ryan Lozar, Esq. **(via ECF)**
    *Attorney for Plaintiff*