The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com



DECEMBER 6, 2017

Re: <u>Bethea, et al., v. City of N.Y., et al.</u>, No. 16 Civ. 2522 (NGG) (SMG)

Dear Judge Gold:

    I represent the Plaintiffs in the above-captioned Section 1983 action. I write to inform the Court that the Parties have resolved Plaintiffs' substantive claims through settlement for $50,000 inclusive of attorneys' fees and costs. Previously, the Parties separately handled Defendants' payment of the Court's August 17, 2017, discovery-sanctions order and, on September 4, 2017, Defendants submitted Plaintiffs' related invoice for payment. At this writing, that payment has not yet arrived.

    I write to ask that the Court grant the Parties through and including January 5, 2018, to make two filings to permit the case's closure: (1) the necessary settlement paperwork relating to Plaintiffs' substantive claims, and (2) a letter confirming Defendants' compliance with the August 17, 2017, Order.

    Thank you for your attention. Finally, I apologize that this letter arrives past the December 1, 2017, deadline, and I respectfully ask that the Court please excuse that. The tardy submission is the result of the Parties' ongoing discussions about the subjects of this letter.

    Sincerely,

    Ryan Lozar
    Attorney for Plaintiffs